BEFORE THE THIRD DIVISION, SEPTEMBER 15, 1959

No. 63334.—Jorge Blanch *v.* United States, protest 329339–K (San Juan, P.R.).

Opinion by JOHNSON, J. At the trial, Government counsel stated that the merchandise herein is that which is described in paragraph 1604. On the record presented, the claim of the plaintiff was sustained.